UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA**

**v.**                                                                                    **2:07CR211**

**JASON WILSON,**

        **Defendant.**

### REPORT AND RECOMMENDATION
### CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered guilty pleas to using and carrying a firearm during a drug trafficking crime and possession of heroin with the intent to distribute, in violation of 18 U.S.C. § 924(c)(1)(A) and 21 U.S.C. § 841(a). Defendant is also charged with possession with intent to distribute cocaine (Counts 3 and 8); possession with intent to distribute cocaine base (Counts 4 and 9); possession with intent to distribute marijuana (Counts 5 and 10); and one additional count each of using and carrying a firearm during a drug trafficking crime (Count 6), and possession with intent to distribute heroin (Count 7), in violation of 18 U.S.C. § 924(c)(1)(A) and 21 U.S.C. § 841(a)(1). Defendant understands that these charges will be dismissed upon acceptance of his guilty pleas, and the United States confirmed defendant's understanding.

On January 17, 2008, defendant appeared before the Court for the purpose of entering his guilty pleas. He was represented by appointed counsel, Arenda Wright Allen, Esquire. Defendant was appropriate in appearance, responsive, and competently prepared for the

hearing. He answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending completion of a presentence report.

Defendant is twenty-three years of age, obtained a GED while in the state juvenile corrections system, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered his guilty pleas pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an

aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                                                                                              /s/
                                                            **James E. Bradberry**
                                                            **United States Magistrate Judge**

**Norfolk, Virginia**

**January 28, 2008**